40 So.2d 731

### Lisbeth Ann GOLSON v. STATE.
### 6 Div. 899.

Supreme Court of Alabama.
May 26, 1949.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., for the petition.

Beddow & Jones and G. Ernest Jones, Jr., of Birmingham, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Golson v. State, 40 So.2d 725.

Writ denied.

BROWN, FOSTER, and STAKELY, JJ., concur.